IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JELANI KITWANA HOWARD,** | 2:09-cv-0149 JFM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **MATTHEW CATE, Head of the California Department of Corrections,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's request for a 60-day extension of time in which to file a response in this matter is hereby GRANTED (#8).  Respondent's answer is due on April 24, 2009.

Dated:  February 25, 2009.

UNITED STATES MAGISTRATE JUDGE

/howa0149.eot

[Proposed] Order

1