IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JELANI KITWANA HOWARD,

      Petitioner,                    No. CIV 2:09-CV-0149-KJM-JFM (HC)

   vs.

MATTHEW CATE,

      Respondent.                ORDER

_____/

      Petitioner filed a motion for extension of time to file an opposition to the August 9, 2011 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's motion for an extension of time is granted;

      2. Petitioner shall file his opposition within thirty days from the date of this order.

DATED: August 24, 2011.

                              UNITED STATES MAGISTRATE JUDGE

/014;howa0149.36

1